1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

CIVIL CASE NO. 09-1099 J
CRIM CASE NO.  05-0583 J

12

Plaintiff/Respondent,

**ORDER GRANTING MOTION
FOR LEAVE TO FILE
SUPPLEMENTAL
MEMORANDUM**

13

v.

14
15

ARTURO TORRES-CASTILLO,

**ORDER GRANTING MOTION
TO PROCEED** *IN FORMA
PAUPERIS*

16

Defendant/Petitioner.

17
18
19

On May 14, 2009 Petitioner Arturo Torres-Castillo filed the instant petition for writ of

20

habeas corpus pursuant to 28 U.S.C. § 2255. [Doc. No. 87.] Petitioner challenges his

21

conviction under 8 U.S.C. § 1326.  Also on May 14, 2009, Petitioner filed a Motion to Proceed

22

In Forma Pauperis [doc. no. 88] and a Motion for Leave to File Supplemental Memorandum

23

of Fact and Law [doc. no. 89].

24

    ***A.***    ***Motion for Leave to File Supplemental Memorandum of Fact and Law***

25

Petitioner requests permission to supplement his § 2255 petition with a memorandum

26

of fact and law.  The Court hereby **GRANTS** this motion.  Petitioner may file a supplemental

27

memorandum of fact and law in support of his petition no later than ***July 31, 2009***.

28

//

05CR583

1

**B.      *Motion to Proceed* In Forma Pauperis**

2

Petitioner moves to proceed *in forma pauperis* ("IFP").  Petitioner earns $19.68 per

3

month as compensation for work in the prison hospital, and his prison trust account statement

4

shows a balance of $45.70.  Good cause appearing, the Court **GRANTS** Petitioner's motion

5

to proceed IFP.

6

**IT IS SO ORDERED.**

7

8

DATED:  July 2, 2009

9

_____

10

HON. NAPOLEON A. JONES, JR.
United States District Judge

11

12

cc: All Parties

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05CR583