# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>  v.<br><br>ARTURO TORRES-CASTILLO,<br><br>    Defendant/Petitioner. | CIVIL CASE NO. 09-1099 J<br>CRIM CASE NO. 05-0583 J<br><br>**ORDER TO SHOW CAUSE WHY PETITION FOR WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**<br><br>**ORDER GRANTING PETITIONER'S MOTION TO AMEND** |

Currently before the Court is *pro se* Petitioner Arturo Torres-Castillo's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255. Petitioner filed the pending Petition on May 14, 2009. [Doc. No. 87.] On September 30, 2009, the Court issued an Order to Show Cause, which set the briefing schedule for the Petition and required the Respondent to file a response by October 28, 2009. [Doc. No. 94.] To date, the Respondent has not filed a response. The Court now **ORDERS** Respondent to show cause why the Petition should not be granted pursuant to the following briefing schedule:

(1) file a written return no later than ***January 25, 2010***;

(2) file copies of all documents, orders and transcripts relevant to this motion; and

1  (3) file a memorandum of law and fact fully stating Respondent's position and make
2  a recommendation regarding the need for an evidentiary hearing on the merits of this
3  motion.

4 It is further ordered that if Petitioner wishes to reply to the return, the traverse must be
5 filed no later than ***February 22, 2010***.

6 In addition, Petitioner has filed a Motion to Amend Previously Filed Memorandum of
7 Facts and Law. [Doc. No. 96.] Federal Rule of Civil Procedure 15(a) allows a party to amend
8 its pleading as a matter of course any time before a responsive pleading is served. *See* Fed. R.
9 Civ. P. 15(a); *Allwaste, Inc. v. Hecht*, 65 F.3d 1523, 1530 (9th Cir. 1995). Because no
10 responsive pleading has been filed in this matter, Petitioner's Motion to Amend is
11 **GRANTED**. The Clerk of the Court is directed to file the Amended Memorandum of Points
12 and Authorities appended to Petitioner's Motion.

13 **IT IS SO ORDERED.**

14 DATED: December 21, 2009

*[signature: William Q. Hayes]*

**WILLIAM Q. HAYES**
United States District Judge